No. 95–1117. LEGER v. ADAMS, MASSACHUSETTS COMMISSIONER OF REVENUE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–1122. THOMAS v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 95–1126. IDAHO v. GAFFORD. Sup. Ct. Idaho. Certiorari denied.

No. 95–1127. TRI-COUNTY INDUSTRIES, INC. v. MERCER COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1131. JONES v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 95–1132. HALL v. SAVINGS OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 95–1136. MURRAY v. DETROIT RIVERVIEW HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1137. BRACH v. CONGREGATION YETEV LEV D'SATMAR, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1140. SHIN CHONG YONG v. GANNETT OUTDOOR CO., INC. OF SOUTHERN CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1141. BEDDINGFIELD ET AL. v. ALLEGHENY COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1152. CHIRICO ET AL. v. TOWNSHIP OF NEWTOWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1153. BOYLE ET AL. v. SMITH, COMMISSIONER, MINNESOTA DEPARTMENT OF REVENUE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1157. MCPHERSON v. BRICKLEY ET AL. Ct. App. Mich. Certiorari denied.